**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| LEONARD KING , : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 1:23-CV-45 (LAG) |
| : | |
| CALHOUN COUNTY SCHOOL : | |
| DISTRICT and MICHAEL WARD, : | |
| : | |
| Defendants. : | |
| : | |

# **ORDER**

Before the Court is the Parties' Amended Joint Motion for Sixth Extension of Discovery (Doc. 22). Therein, the Parties seek to extend discovery until March 7, 2025. (*Id.* at 2). The Parties represent that "they have engaged in written discovery but that they will require some additional time to conduct discovery." (*Id.* at 1). The current discovery deadline was February 7, 2025. The Parties scheduled the deposition for Plaintiff Leonard King on February 4, 2025, at Plaintiff's Counsel's office. (*Id.* at 2). The Parties canceled the deposition after Plaintiff's Counsel's office was burglarized. (*Id.*). Accordingly, the Parties request "an unrestricted extension of the discovery period up to and including March 7, 2025." (*Id.*).

For good cause shown, the Parties' Motion (Doc. 22) is **GRANTED**.[1] Fact discovery shall be completed by **Friday, March 7, 2025.** Accordingly, the Court hereby **ORDERS** that the deadlines in the original Scheduling and Discovery Order (Doc. 10) are extended to the following dates:

• Dispositive and *Daubert* Motions Deadline: **Monday, April 7, 2025.**

---

[1] As the Court grants the Parties' Amended Joint Motion (Doc. 22), the Joint Motion for Extension of Time to Complete Discovery (Doc. 21) is **DENIED as moot.**

All other provisions set forth in the Scheduling and Discovery Order (Doc. 10) shall remain in effect to the extent the deadlines do not conflict.

**SO ORDERED**, this 25th day of February, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**